ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
FRANK VLAHADAMIS, MARIA
VLAHADAMIS AND HAMPTON BAY
DINER CORP.,

          PLAINTIFFS,

VERDICT SHEET
08-CV-2876 (DRH)

-AGAINST-

JAMES KIERNAN, INDIVIDUALLY,
STEPHEN A. FRANO, INDIVIDUALLY,
THE TOWN OF SOUTHAMPTON,

          DEFENDANTS.
----------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ MAR - 5 2012 ★
LONG ISLAND OFFICE

### INSTRUCTIONS

THE APPLICABLE LAW AS TO THIS CASE IS FULLY SET FORTH IN THE
CHARGE. THE PURPOSE OF THIS FORM IS SOLELY TO ASSIST YOU IN
REPORTING YOUR VERDICT.

YOUR VERDICT MUST BE UNANIMOUS, THAT IS, EACH OF YOU MUST AGREE
ON THE ANSWER TO EACH QUESTION.

### FEDERAL CIVIL RIGHTS CLAIMS

1. HAVE PLAINTIFFS PROVEN EACH ELEMENT OF THEIR FEDERAL CIVIL
   RIGHTS EQUAL PROTECTION CLAIM AS TO DEFENDANT KIERNAN?

   YES _____       NO ✓

2. HAVE PLAINTIFFS PROVEN EACH ELEMENT OF THEIR FEDERAL CIVIL
   RIGHTS EQUAL PROTECTION CLAIM AS TO DEFENDANT FRANO?

   YES _____       NO _____   Not Unanimous

3. HAVE PLAINTIFFS PROVEN EACH ELEMENT OF THEIR FEDERAL CIVIL
   RIGHTS EQUAL PROTECTION CLAIM AS TO DEFENDANT TOWN OF
   SOUTHAMPTON?

   YES _____       NO _____   Not Unanimous

4. HAVE PLAINTIFFS PROVEN EACH ELEMENT OF THEIR CONSPIRACY CLAIM AS TO DEFENDANT KIERNAN?

   YES _____     NO _____ not unanimous.

IF YOU HAVE ANSWERED QUESTIONS 1, 2, 3, AND 4 "NO," THEN YOU HAVE FOUND FOR EACH OF THE DEFENDANTS AND YOU SHOULD GO NO FURTHER BEYOND REPORTING YOUR VERDICT TO THE COURT.

IF YOU ANSWERED "YES" TO QUESTIONS 1, 2, 3, AND/OR 4, PROCEED TO QUESTION 5.

### COMPENSATORY DAMAGES

5. DO YOU FIND THAT PLAINTIFFS ARE ENTITLED TO RECOVER DAMAGES FOR ECONOMIC LOSS?

   A. IF YOUR ANSWER TO "A" IS "YES," IN WHAT AMOUNT?

   $ _____

### NOMINAL DAMAGES

6. ANSWER THIS QUESTION ONLY IF YOU ANSWERED "YES" TO QUESTIONS 1, 2, 3, AND/OR 4 AND ONLY IF PLAINTIFFS FAILED TO PROVE THAT THEY SUSTAINED ANY COMPENSATORY DAMAGES AS THE RESULT OF A FEDERAL CONSTITUTIONAL DEPRIVATION.

   $ _____

   (NOT TO EXCEED $1.00)

### PUNITIVE DAMAGES

7. PLEASE STATE THE AMOUNT OF PUNITIVE DAMAGES, IF ANY, YOU ARE AWARDING PLAINTIFF AS AGAINST EACH OF THE FOLLOWING DEFENDANTS:

   (A) AS AGAINST KIERNAN     $ _____

   (B) AS AGAINST FRANO       $ _____

DATED: ~~FEBRUARY~~ March 2, 2012
       CENTRAL ISLIP, NEW YORK

_____
FOREPERSON